IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       3:94cr62-MHT
                            )           (WO)
ROBERT L. FRANKLIN          )
```

EARLY-TERMINATION ORDER

This case is before the court on a motion for early termination of supervised release filed by defendant Robert L. Franklin, who, in 2017, received an Executive Grant of Clemency from President Obama. Probation supports early termination, and the government is unopposed. Probation notes that Franklin has completed 35 months of his 120-month term in full compliance with his terms of supervised release; that he has done so without a single reported violation or positive-drug screen; that he has done so in the face of the tragic loss of his father, two sisters, a brother, and a niece, all within the past year and half; and that, through it all, he has maintained a stable home with his sister and has regularly engaged with his supervising officer about

accountability.  Probation further adds that, as Franklin nears 65 years of age, he "has successfully reintegrated back into society."  Probation's Response (Doc. 2215) at 2.  Based on these representations, the court concludes that early termination of supervised release is appropriate.

***

Accordingly, it is ORDERED that:

(1) The motion (Doc. 2213) is granted.

(2) Defendant Robert L. Franklin's term of supervised release is terminated effective immediately, and he is discharged.

DONE, this the 2nd day of August, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE